# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Martinez, Luis Emanuel | Docket No. | 0980 2:19CR00084-001 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Luis Emanuel Martinez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 17th day of May 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Luis Emanuel Martinez is considered in violation of the release conditions by failing to report for urine testing on July 8, 2019.

On May 28, 2019, the probation officer reviewed the conditions of release with Mr. Martinez and he signed a copy of the conditions indicating that he fully understood the conditions and was provided a copy of them.

On May 28, 2019, the probation officer met with Mr. Martinez and directed him to call the contract drug testing vendor, Merit Resource Service daily, report to Merit when his assigned group brown is indicated, and submit to urine drug testing.

On July 8, 2019, the color group brown was directed to report for testing, but Mr. Martinez did not report. On July 11, 2019, the probation officer met with the defendant and discussed the violation. Mr. Martinez claimed that he had called and his color group was not indicated. The probation officer pointed out to Mr. Martinez that all other individuals on the probation officer's caseload assigned to the brown group had reported as directed; the defendant had no further response. Mr. Martinez was directed to submit for urine drug testing on that date, which ultimately tested positive for methamphetamine.

**Violation #2:** Luis Emanuel Martinez is considered in violation of the release conditions by testing positive for the use of methamphetamine on or about July 11, 2019.

On May 28, 2019, the probation officer reviewed the conditions of release with Mr. Martinez and he signed a copy of the conditions indicating that he fully understood the conditions and was provided a copy of them.

On July 11, 2019, the probation officer directed Mr. Martinez to report to Merit Resource Service and submit to urine drug testing. The defendant reported as directed and submitted a sample which tested presumptively positive for methamphetamine. The sample was sent to Alere Laboratory for confirmation testing. On July 17, 2019, Alere confirmed the sample was positive for the use of methamphetamine.

**Violation #3:** Luis Manuel Martinez is considered in violation of the release conditions by failing to provide a urine sample as directed on July 15, 2019.

Re: Martinez, Luis Emanuel
July 24, 2019
Page 2

On May 28, 2019, the probation officer reviewed the conditions of release with Mr. Martinez and he signed a copy of the conditions indicating that he fully understood the conditions and was provided a copy of them.

On May 28, 2019, the probation officer met with Mr. Martinez and directed him to call the contract drug testing vendor, Merit Resource Service, daily and report to Merit when his assigned group brown is indicated, and submit to urine drug testing. On July 15, 2019, Mr. Martinez reported to Merit as directed, but failed to produce and submit a urine sample for testing as directed.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 24, 2019

by s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

July 24, 2019
Date