# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2019

SEAN F. McAVOY, CLERK

U.S.A. vs.            Martinez, Luis Emanuel            Docket No.      2:19CR00084-RHW-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Luis Emanuel Martinez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 4th day of November 2019 under the following conditions:

**Additional Condition #26:** Defendant shall participate in an outpatient substance abuse treatment program.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Luis Emanuel Martinez is alleged to have failed to participate in an outpatient substance abuse treatment program.

On November 5, 2019, the undersigned officer reviewed the conditions of pretrial supervision with Mr. Martinez. Mr. Martinez acknowledged an understanding of the conditions, which included additional condition #26.

On December 9, 2019, Mr. Martinez was scheduled to participate in a substance abuse assessment at Pioneer Human Services at 9 a.m. Mr. Martinez arrived late for the appointment and failed to participate in the assessment.

**Violation #2:** Luis Emanuel Martinez is alleged to have failed to report for random drug testing on November 13, 2019, November 20, 2019, and December 4, 2019.

On November 5, 2019, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Martinez. Mr. Martinez acknowledged an understanding of the conditions, which included additional condition #27.

On November 7, 2019, the undersigned officer referred Mr. Martinez to the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Martinez was instructed to contact PHS on a daily basis to determine if he was required to submit to random drug testing.

Mr. Martinez failed to report to PHS for random drug testing on November 13, 2019, November 20, 2019, and December 4, 2019.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

PS-8

Re: Martinez, Luis Emanuel
December 12, 2019
Page 2

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    December 12, 2019 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

December 12, 2019
Date