# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2019

SEAN F. McAVOY, CLERK

U.S.A. vs.         Martinez, Luis Emanuel         Docket No.    2:19CR00084-RHW-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Luis Emanuel Martinez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 4th day of November 2019, under the following conditions:

**Standard Condition #2:** Defendant shall reside at an address approved by Pretrial Services and immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Additional Condition #26:** Defendant shall participate in an outpatient substance abuse treatment program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3:** Luis Emanuel Martinez is alleged to have failed to reside at an approved residence and failed to immediately report a change of address to the U.S. Probation Office.

On November 5, 2019, the undersigned officer reviewed the conditions of pretrial supervision with Mr. Martinez. Mr. Martinez acknowledged an understanding of the conditions, which included standard conditions #2 and #6.

Also on November 5, 2019, the undersigned officer reviewed the reporting expectations with Mr. Martinez. Mr. Martinez acknowledged an understanding of the reporting expectations by signing Pretrial Services form 7 (PS7), which included the directive to immediately notify the U.S. Probation Office of any change in address.

Upon his release from custody in November 2019, Mr. Martinez was residing at a sober living residence in Spokane, Washington. On December 19, 2019, Mr. Martinez contacted the undersigned officer and advised he had been evicted from the sober living residence on December 13, 2019, due to non-payment of rent and his girlfriend staying at the residence. Mr. Martinez advised he returned to Othello, Washington, to reside with his mother.

**Violation #4:** Luis Emanuel Martinez is alleged to have failed to report to the U.S. Probation Office as directed on December 19, and 20, 2019.

On November 5, 2019, the undersigned officer reviewed the conditions of pretrial supervision with Mr. Martinez. Mr. Martinez acknowledged an understanding of the conditions, which included standard condition #6.

On December 19, 2019, at approximately 12:45 p.m., Mr. Martinez' girlfriend contacted the undersigned officer to advise he was traveling to Spokane, Washington, for a 1 p.m. substance abuse assessment, but his car had broken down and he was going to be late for the appointment.

Later on December 19, 2019, at 2:09 p.m. Mr. Martinez sent the undersigned officer a text message advising he was participating in his substance abuse assessment at Pioneer Human Services. The undersigned officer responded via text messaging and instructed Mr. Martinez to report to the U.S. Probation Office after his substance abuse assessment on December 19, 2019, or as another option, on December 20, 2019, by 8:30 a.m.

Re: Martinez, Luis Emanuel
December 23, 2019
Page 2

Mr. Martinez failed to report as instructed. On December 20, 2019, Mr. Martinez sent the undersigned officer another text message advising he had returned to Othello, Washington, but would be reporting to the U.S. Probation Office later on this date. As of the time this petition was submitted, Mr. Martinez has yet to report to the U.S. Probation Office.

**Violation #5:** Luis Emanuel Martinez is alleged to have failed to participate in an outpatient substance abuse treatment program on December 19, 2019.

On November 5, 2019, the undersigned officer reviewed the conditions of pretrial supervision with Mr. Martinez. Mr. Martinez acknowledged an understanding of the conditions, which included additional condition #26.

On December 19, 2019, Mr. Martinez was scheduled to participate in a substance abuse assessment at Pioneer Human Services (PHS) at 1 p.m. Mr. Martinez reportedly had car problems and arrived approximately 1 hour late for the appointment. The undersigned officer confirmed with PHS staff that Mr. Martinez arrived at that agency approximately 1 hour late for the appointment and did not participate in a substance abuse assessment on that date. He rescheduled his substance abuse assessment at PHS for December 27, 2019, at 9 a.m.

PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE
VIOLATIONS WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    December 23, 2019

by    s/ Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

12/23/2019
Date